UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                                                    Case No. 2:19−cr−20738−BAF−APP
                                                               Hon. Bernard A. Friedman

Joseph Ashton,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Joseph Ashton

The defendant(s) shall appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 110, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  December 4, 2019 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/J. Curry−Williams
                                                                   Case Manager

Dated:  November 20, 2019