UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ASHTON,<br><br>Defendant. | ) Case No. 2:19-cr-20738-BAF-APP<br>) Hon. Bernard A. Friedman<br>)<br>) Criminal No. 09-667(AET)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jerome A. Ballarotto, Esquire is entering his appearance as counsel for Defendant Joseph Ashton in the above captioned matter.

/s/ JEROME A. BALLAROTTO

---

JEROME A. BALLAROTTO, ESQ.
NJ Bar. No 021301979
143 Whitehorse Avenue
Trenton, New Jersey 08610
(609) 581-8555
jabesquire@aol.com
Attorney for Joseph Ashton

Dated: November 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019 I electronically filed a Notice of Appearance on behalf of Defendant, Joseph Ashton with the Office of the Clerk, United States District Court for the Eastern District of Michigan and served Deputy Chief, Public Corruption Unit, Frances Lee Carlson, Assistant United States Attorney via CM/ECF electronic filing.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

s/ JEROME A. BALLAROTTO

JEROME A. BALLAROTTO, ESQ>
143 Whitehorse Avenue
Trenton, New Jersey 08610
(609) 581-8555
Attorney for Joseph Ashton

Date: November 26, 2019