UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                    Criminal No. 19-cr-20738

                                    Honorable Bernard A. Friedman

Joseph Ashton,

    Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

    I, Joseph Ashton, defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

As to Count One:

    <u>Conspiracy to Commit Honest Services Wire Fraud – 18 U.S.C. § 1349</u>

        Up to 20 years imprisonment and/or
        a $250,000.00 fine

As to Count Two:

Conspiracy to Commit Money Laundering – 18 U.S.C. § 1956(h)

Up to 10 years imprisonment and/or
a $250,000 fine

_____
Joseph Ashton
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Jerome A. Ballarotto
Counsel for Defendant

Dated: 12/4/19