## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>) Docket No. 19CR20738 - 001<br>) Hon. Bernard A. Friedman |
| v. | )<br>) MOTION TO FILE SENTENCING<br>) MEMORANDUM UNDER SEAL |
| **JOSEPH ASHTON** | ) |

PLEASE TAKE NOTICE that on a date and time to be set by the Court defendant Joseph Ashton will move through his attorney Jerome A. Ballarotto, Esq., before the Court for the Eastern District of Michigan for an Order to Seal the filing of his Sentencing Memorandum due to the nature of the personal disabilities and medical information contained in the Sentencing Memorandum concerning Joseph Ashton and Denise Ashton, his wife.

Counsel has discussed this matter with Assistant United States Attorney France Carlson and she has no objection on behalf of the Government.

Counsel will rely upon letter and oral argument that may be scheduled by the Court.

/s/ JEROME A. BALLAROTTO
_____
Jerome A. Ballarotto, Esq.
Counsel for Joseph Ashton
143 White Horse Avenue
Trenton, New Jersey 08610
(609) 581-8555
jabesquire@aol.com

Dated: March 9, 2020

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) Docket No.19CR20738 - 001 |
| | ) Hon. Bernard A. Friedman |
| v. | ) |
| | ) ORDER GRANTING MOTION TO FILE |
| | ) SENTENCING MEMORANDUM UNDER |
| | ) SEAL |
| **JOSEPH ASHTON** | ) |

THIS MATTER having been opened by the Court upon the Motion to File Sentencing Memorandum Under Seal on behalf of Defendant Joseph Ashton, Jerome A. Ballarotto, Esq. appearing and Frances Carlson, Assistant United States Attorney on behalf of the Government and the Court having considered the arguments of counsel;

IT IS ORDERED that the Motion to File Sentencing Memorandum Under Seal for Defendant Joseph Ashton is hereby **GRANTED**.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: March 11, 2020
Detroit, Michigan