UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Criminal No. 19-CR-20738

vs.                                  HON. BERNARD A. FRIEDMAN

JOSEPH ASHTON,

       Defendant.

_____/

**ORDER MODIFYING ORDER GRANTING DEFENDANT'S**
**MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL**

On March 11, 2020, the Court granted defendant's motion for leave to file a sentencing memorandum under seal. Upon review, the Court hereby modifies that order as follows: Defendant is to file a redacted version of his sentencing memorandum that redacts defendant's and his wife's medical and financial information only.

SO ORDERED.

s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2020
      Detroit, Michigan